David B. Turner Jr (ProPer)
(Name)
325 South Melrose Dr Suit #200/Upper West 4043
(Address)
Vista, Ca, 92081
(City, State, Zip)
BKG# 13719099 — Vista Detention
(CDC Inmate No.)

FILED
AUG 21 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1983
_____ PAID
Yes _____ No
IFP MOTION FILED
Yes _____ No
COPIES SENT TO
Court _____ ProSe

# United States District Court
## Southern District of California

David B. Turner JR.
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

County of San Diego,
San Diego County Sheriff
William D. Gore
Vista Detention
(Enter full name of each defendant in this action.)

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

14CV1965 LAB WVG

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

Gov Tort Claim Act § 815.6
Title #15 $1005, $1280,
U.S. Con. 8th 14th and 6th Amend
Prisoner Rights $99

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
Gov Tort Claim Act § 815.6, § 844.6(d) Title #15—Jail Standards $1005, $1280
United States Constitution 8th, 14th and 6th Amend / Prisoners Rights $99

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, David B. Turner
(print Plaintiff's name)
JR (ProPer) BKG#13719099, who presently resides at 325 South Melrose Dr Suit
(mailing address or place of confinement)
#200, Vista, Ca. 92081 Vista Detention U-W4 Cell#8, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at (V.D.A)(G.B.DA)
San Diego County Jails       on (dates) 1·31·14, 12·23·13, and 7/6·14
(institution/place where violation occurred)      (Count 1)      (Count 2)      (Count 3)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant San Diego County resides in San Diego Ca,
(name) (County of residence)
and is employed as a Local Prison - Sheriff Dept. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: San Diego County acted under the color
of the laws of the state of California as
local prison officials and a sheriff Department.

Defendant San Diego County Sheriff resides in San Diego Ca,
(name) (County of residence)
and is employed as a Local Prison/Public entity. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: San Diego County Sheriff Department
acted under the colors of the laws of
California as Local Prison officials

Defendant William D GORE resides in San Diego Ca,
(name) (County of residence)
and is employed as a Local Prison Official. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: William D. Gore was acting as a
local prison official under the colors of
the laws of California, and San Diego County

Defendant Vista Detention resides in San Diego Ca,
(name) (County of residence)
and is employed as a Local Prison. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: Vista Detention was acting as a
local prison under the laws of the
state of California, under the command
of all the above defendants. Vista
Detention is also a public entity acting
under the laws of the county of
San Diego and there policies, under
the color of the laws of California,
as a local prison in San Diego County.

§ 1983 SD Form
(Rev. 3/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8th 14th, 6th and 4th Amendment right to be free from Cruel and unusual punishment, due process of grievance's accord to title #15 laws.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

$700,000.00 Damages (Gov. Tort Claim Act § 815.6, Tittle #15 §1005, §1280, and United State Const 8th, 14th, and 6th Amend, Prisoner Right 899) on 1·31·2014 to 2·3·2014 David B. Turner Jr BKG #13719099 was in the San Diego County Jail, or local prison, @ Vista Detention, Upper West 4 cell #43 when the tiolet over flowed with defecation and urination for 4 days. This caused a contagious foot disease that requires' Doctor Care, and great mental destress as this is a ongoing problem. Eighth Amendment prohibition of cruel and unusual punishment imposed a duty on prison officials to provide humane conditions of confinement, including adequate shelter, sanitation, medical care, and reasonable safty from serious bodily harm (U.S. CA. Const. Amend #8 Silverstein vs. Fed. Bureau of Prisons, 704 F. Supp. 2d 1077 (D. Colo. 2010) San Diego County Sheriff's, William D. Gore and San Diego County as local prison officials neglegted the above imposesed duty by the 8th and 14th Amendment Right, also tittle #15 §1005-§1280

§ 1983 SD Form
(Rev. 5/98)

3

::ODMA\PCDOCS\WORDPERFECT\22834\1

Count 2: The following civil right has been violated: 8th and 14th Amendment
Rights to be free from Cruel and unusual punishment
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)
due process of grievances according to title #15 laws

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.] $1,400,000.00 Damages (Gov. Tort claim act $815.6, Title
#15 $1005, $1280, and U.S. Const. 8th, 14th, and 6th Amend
Rights, Prisoners Rights $99) On 12-23-2013 David B. Turner
Jr. Bkg #13719099, inmates of 6 house, and staff
members of 6 house @ George Bailey detention
were subjected to Polluted and unhumane conditions
of confinement, when Polluted and unhumane con-
ditions of the air that was coming out of
the vents caused everyone injuries to there
health and safety. David B. Turner Jr. had sickness
to his stomach, with nausea, headaches, and nose
bleeds on 12-24-13 in the morning hours. (Gov. Code
$844.6(d) The negligent of the imposesed duties
on Capt. Madsen as Prison Officials to provide humane
conditions of confinement including adequate
shelter, Air, Sanitation, and medical care with
reasonable safety in San Diego County Jails, was
a violation of the 8th and 14th Amendment prohi-
biting cruel and unusual punishment on 12-23-13

Count 3: The following civil right has been violated: 8th and 14th Amendment
(E.g., right to medical care, access to courts,

Rights to be free from cruel and unusual punishment due process of grievance's according to law

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

(Gov. Tort Claim Act §815.6, Title #25 §1005, §1280 and U.S. Const. 8th, 14th, and 6th Amendment Rights, Prisoner's Right §99) Toxic fumes- on 4.6.2014 @ Vista Detention Upper West 4, toxic chemicals were used on the walls to remove graffiti; and the spray was not wiped, wiped clean, and all the cells were full of toxic fumes from the toxic spray that was use. (It smelled flamble) The inmates were returned to the cells. It was used, and not wiped off the walls. This was a clear negligent of duty by County of San Diego and there Sheriff Staff members in the scope off there employment. (8th Amendment prohibits cruel, and unusual punishment imposies a duty on prison officials to provide humane conditions of confinement, including adequate Shelter, Sanitation and reasonable safty from bodily harm (U.S.C.A. Const Amend 8th Silverstain vs Fed. Bureau of Prison, 704 F. Supp 2d 1094) $400,000.00 Damages

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:

Plaintiffs: _David B. Turner JR (ProPer)_

Defendants: _County of San Diego_

(b)  Name of the court and docket number: _U.S. Court of Appeals 9th Circ._

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _On appeal and in U.S. District Court South Ca_

(d)  Issues raised: _Excessive force 8th, 14, 6th and 4th rights, Cruel and Unusal punishment Injuries to health due to 8th Amendment Violations_

(e)  Approximate date case was filed: _2013_

(f)  Approximate date of disposition: _2014 July_

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

① San Diego County Claim # 140074 #1400744, and #140075
② Grievance on 3·8·2014 Jims#100092772 Grievance#144000434, Grievance on 6·30·2014, Grievance on 3·23·2014, Grievance on 3·1·2014 Claim# 140074
③ Claim Against County of San Diego on 4·8·2014 for Grievance Procedures in San Diego Jails Claim# 1400074A and for Polluted Air.
④ Claim Against County of San Diego rejected on 7·11·14 Claim # 140074B incident on April 6, 2014 Grievance on 4·7·2014  4·22·2014  3rd Level appeal

E. Request for Relief

① An injunction preventing defendant(s): County of San Diego, San Diego County Sheriff department, William D. Gore, Goerge Bailey Detention, Capt Madsen, and Vista Detention as Prison Officials from disregarding the 8th, 14th and 6th amend rights of this United State of America, and also disregarding the title 15, and all other duties imposed on them as prison officials.

② Damages in the sum of $700,000.⁰⁰

③ Punitive damages in the sum of $700,000.⁰⁰

④ Compensatory monetary damages for pain and suffering in the amount of $700,000.⁰⁰ for all of the above

F. Plaintiff demands a trail by Court.

G. Consent to Magistrate Judge Jurisdiction
Plaintiff requests that a district judge be designated to decide dispositive matters and trail in this case.

Date 8.14.2014

Signature of Plaintiff
David B. Tarner Jr (Pro Se)

Page ⑦



# County of San Diego

## OFFICE OF COUNTY COUNSEL
## CLAIMS AND INVESTIGATION DIVISION
### 1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CALIFORNIA 92101-2469

April 11, 2014

David B. Turner Jr.
#13719099
325 S. Melrose Drive, Suite 200
Vista, CA 92081-6696

Re: Claimant: David B. Turner Jr.
    County File Number: 140074A
    Dates of Incident: October 7, 2013- April 7, 2014 (including December 23, 2013)

Dear Mr. Turner:

This letter acknowledges your claims filed against the County of San Diego for the above captioned dates. Please be advised that we are treating your last two claims submitted as one claim. Please be advised that it is incumbent on you to exhaust all of your administrative remedies before proceeding with a formal claim against the County of San Diego.

Your claims are becoming duplicative in nature and if you continue to file duplicative claims we will not respond to such correspondence.

Upon completion of the investigation you will be notified of the Liability Claims Section's determination of liability against the County of San Diego.

Sincerely,

Office of County Counsel
Claims and Investigation Division
(619) 531-4899



*1 of 4 Pages Grev.*

*NEW #2*

## CLAIM AGAINST THE COUNTY OF SAN DIEGO
### (FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

COUNTY OF SAN DIEGO

2014 APR -8  PM 12: 58

COUNTY COUNSEL
**CLAIMS DIVISION**
Time Stamp

Received by        via
U.S. Mail          ☐
Inter-Office Mail  ☐
Over the Counter   ☐

File No: _____

A claim must be filed with the Claims Division of the County of San Diego within 6 months after which the incident or event occurred. Be sure your claim is against the County of San Diego, not another public entity. Where space is insufficient, please use additional paper and identify information by paragraph and number. Completed claims must be mailed or delivered to:

County of San Diego, Claims Division, 1600 Pacific Highway, Room 355, San Diego, CA 92101–Phone (619) 531-4899

## TO THE HONORABLE BOARD OF SUPERVISORS – THE COUNTY OF SAN DIEGO, CALIFORNIA

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

### Claimant Information

| Last Name | First Name | Middle Name |
|---|---|---|
| Turner JR | David, | B |

| Street Address | City | Zip |
|---|---|---|
| 325. Melrose Dr #200 | Vista, Ca. | 92081-6696 |

| Home Phone (include area code) | Work Phone (include area code) | E-mail Address |
|---|---|---|
| N.A | N.A | N.A |

| Birth Date | Driver's License Number |
|---|---|
| 7 - 17 - 1979 | PL# D4521795 / BKG# 13719099 |

Name, telephone and post office address to which claimant desires notices to be sent, if other than above:
325 Melrose Dr. Suite #200 Vista Ca. 92081-6696

### Claim Information

Date of Occurrence or Event from which the claim arises: 2013
Grievance Procedure Sect. 30

Time of Occurrence or Event from which the claim arises:
Gov. Tort Actions §31:29 (Gov Code § 841.6)

Location, including address (if none, nearest cross street) and city:
San Diego County Jails (G.B. DF) (V.D.F) (S.D.C.J)

Specify the particular occurrence, event, act or omission you claim caused the injury or damage (use additional paper if necessary): Public entity liable for all injuries to David B. Turner JR. caused by the negligent and wrongful acts or omissions of San Diego County employee's on 2013 to 2014. Thru Present 4-7-13 to 4-7-14

State how or wherein the County of San Diego or its employees were at fault. Give the name(s) of the County department and employee(s) causing the damage or injury: negligent of imposed duty as prison officials to provide humane conditions in negligenting the Grevanc Procedure to comply with a U.S. Court order in Armstrong vs. Schwarnegger. (All unanswered)

CD1 (Rev. 6/11)                    (Cont.)

*1 of 4 #*

Give a description of the property damage or loss, as is known at the time of the claim: damage to health
safety, mental health and civil rights, and others around.

Give a description of the injury, as is known at the time of the claim: Injuries to Civil rights
health, mental health and body injuries. Gov. Code §84466
14th Amendment 8th Amendment right were voilated.

Social Security Number (required for Federal reporting requirements):
18466 9785

Name and address of any other person injured:
David B Turner Jr ___ needed help through the Grievance Pro.

Name and address of the owner of any damaged property:
N-A

**Damages Claimed**

Amount claimed as of this date: $200,000.00 Civil Rights

Estimated amount of future costs: $200,000.00 Pain Suffering from negligent

Total amount claimed: $400,000.00 of grievance System.

Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc): Lost of time
Pain, Suffering, mental destress and Civil Right voilation

**Damaged Vehicle (if applicable)**

| Make: N-A | Model: N-A | Year: N-A |
|---|---|---|
| License Plate Number: N-A | | Mileage: N-A |
| Insurance Company: N-A | | Policy Number: N-A |

**Additional Information**

Names and Address of witnesses, hospitals, doctors, etc:

A. County of San Diego Jail Staff

B. County of San Diego Jail Medical Staff

c. County of San Diego Medical Staff

Any additional information that might be helpful in considering this claim: This disregard of U.S. Court order has almost cost
Turner his life here in San Diego County Jail.

> **WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (PENAL CODE § 72; INSURANCE CODE § 556.1)**

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except
as to those matters stated upon information or belief and as to such matters I believe the same to be true.  I certify under
penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this ___4___ day of ___4___, 20_14_ at __Vista Detention__ (Pro Per)

Claimant's Signature

NEW #2

David B. Turner Jr
325 Melrose Dr. Suite #200
Vista, Ca. 92081-6696
  Gov. Code 844.6
  In San Diego County Local Prison officials
negligented, and wrongfully ignored the San
Diego County Sheriff's Departments inmate
grievance and appeal of Discipline procedures
Section 0.1, 0.3 to comply with a U.S. District
Court order in Armstrong vs. Schwarzenegger
on many dates in 2013 and 2014. This is a
clear disregard of U.S. Court order in com-
pliance with CCR Tittle #15 Section 1073, that
imposes a duty on prison officials to prov-
ide humane Conditions of confinement includ-
ing adequate food, clothing, shelter, sanitation, med-
ical care, and reasonable safety from Seri-
ous bodily harm, all these duties are being
negligented by ignoring the inmate's grievance
system here in San Diego County Jails as
Local Prison officials. A clear Voilation of the
14th Amendment and 8th Amendment prohibition
of cruel and unusual punishment (U.S.C.A. Const. Amen-
dment 8th Silverstein v. Fed. Bureau of Prisons, 704
F. Supp. 2d 1077 (D. Colo. 2010)
(San Diego County Sheriff's Department Detention Ser-
vices Bureau Manuel of Policies and Procedures)
David B. Turner Jr was injured many times
and his grievance's went unswered that

NEW#2

1 of 4
Page
#
Grev.

a few other claims in the past.
Turner now request all moneytory relief
in this claim for the disregard of
or negligention of this inmate grievance
procedure by the San Diego County
Sheriff Department and there employee's,
that caused greater damage to David
B. Turner Jr's pain and suffering, with
mental destress.(By medical staff and Deputies)
Date 4/5/2014

(Proper)

David B. Turner Jr
(Pro Per)

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

| | |
|---|---|
| Grievance #: | 144001159 |
| Grievance Dt/Tm: | 07-02-2014 2200 |

**Subject #1:** OTHR      **Subject #2:**      **Subject #3:**      **Subject #4:**

**Linked Inmates:**

| JIM | Book # | Name | Fac | Area | Hu | Cell | Bed |
|---|---|---|---|---|---|---|---|
| 100091772 | 13719099 | TURNER, DAVID | 7 | UW | 4 | 43 | B |

**Grievance Occurred:**

**Fac:** 7      **Area:** UW      **Hu:** 4

**Location:** Dayroom

**Summary:**

Inmate is claiming the deputies are racist and are threatening to lock them down "because we are black"

**Routed To:** Security sgt                          **Action Dt/Tm:** 07-10-2014 0011

**Action Officer:** SGT JACKSON

**Action Taken:**

Spoke to Turner about the incident and informed him that this issue has been addressed and no further action is required.
Sergeant Jackson

**Appeal Filed Dt/Tm:** 00-00-0000 0000               **Appeal Returned Dt/Tm:** 00-00-0000 0000

**Investigator:**                                     **Appeal Result Code:**

**Appeal Summary:**

**Update By:** JACKSON, TERRY SH3378          **Update Dt/Tm:** 07-10-2014 0014

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance #:** 144000434

**Grievance Dt/Tm:** 03-08-2014 1428

**Subject #1:** FAC          **Subject #2:**          **Subject #3:**          **Subject #4:**

**Linked Inmates:**

| JIM | Book # | Name | Fac | Area | Hu | Cell | Bed |
|-----|--------|------|-----|------|-----|------|-----|
| 100091772 | 13719099 | TURNER, DAVID | 7 | UW | 4 | 43 | B |

**Grievance Occurred:**

**Fac:** 7          **Area:** UW          **Hu:** 4

**Location:** Dayroom

**Summary:**

2nd appeal on dirty living conditions.

**Routed To:** Lt.Nichols                    **Action Dt/Tm:** 03-08-2014 1445

**Action Officer:** GUINTO 5449

**Action Taken:**

No immediate action needed (see grievance narrative) and forwarded to Watch Commander

**Appeal Filed Dt/Tm:** 00-00-0000 0000          **Appeal Returned Dt/Tm:** 00-00-0000 0000

**Investigator:**                    **Appeal Result Code:**

**Appeal Summary:**

**Update By:** WHITLEY▮▮▮▮▮SH5608          **Update Dt/Tm:** 03-08-2014 1449

---

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

**Entry Dt/Tm:** 03-08-2014 1508          **Entry By:** WHITLEY,▬▬▬

**Update Dt/Tm:** 00-00-0000 0000          **Update By:**

Origin:

On 03-08-2014, at approximately 1415 hours, I was working as the Upper West Rover Deputy when Inmate Turner #13719099 approached me during a security check and handed me a grievance.

Deputy's Observations and Actions:

After finishing my security check, I walked back to module 4 and spoke to Turner. Turner wanted me to sign a grievance concerning his living conditions. Turner stated he already submitted a grievance addressing the same issues, but received no answer.

Currently, there are no maintenance issues with Turner's cell. The cell is clean and dry.



17017

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☐ GBDF   ☐ EMDF   ☐ LCDF   ☐ SBDF   ☑ VDF   ☐ FAC8

From: Turner JR David B                13719099              UpperWest #1/143
De:    Name (Last, First, Middle)                Booking Number        Housing Unit
       *Nombre (Apellido, Primero, Segundo)      Número de ficha        Unidad de alojamiento*

Grievance is about:  ☑ Jail Procedures          ☑ Jail Conditions      ☑ Medical   ☑ Other  Civil Rights
*La queja es acerca de:  Procedimientos de la Cárcel   Condiciones de la Cárcel   Médico   Otro*

Date and Time of Incident / *Fecha y hora del incidente:*   1-31-14 to NOW

Describe the reason for your grievance in your own words. Please be specific.  (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras.  Por favor sea específico.  (Use hojas adicionales si es necesario)*

My feet look realy bad, I need to see
the dctor again. They are ignoring my
requests, because I'm Black. My toilet over
flowed and I was in this cell for 4 days
with defection, and urnation that caused some
kind of skin disease on my feet, that is unfairly
impacting my health. I realy need to see the
doctor. The nurse can see how my feet look now

[signature]        3/23/2014   They look like they
                               are going to fall
                               off.

Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY     MAR 2 4 2014
*Esta caja es para el uso oficial solamente.*

Received by:  [signature]          722          4/12/14      2080
              Signature of receiving staff member   ARJIS #      Date         Time

Entered in JIMS:  _____   _____   _____
                  Date          Time         JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☑ This submission is not a grievance:
☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☑   It is an inmate request—respond in writing below.  (No entry in JIMS.)

Response to Inmate Request:

You have a pending appointment with the Doctor.

J-22 (Rev 7/12)   Original goes to booking jacket          Copy goes to inmate after being signed by staff member

9 of 17 ✗ WATCH CAM ANDER ✗



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ  ☐ GBDF  ☐ EMDF  ☐ LCDF  ☐ SBDF  ☑ VDF  ☐ FAC8

From: Turner JR., David B.  13719099  Upper West 44/3/5
De:  Name (Last, First, Middle)  Booking Number  Housing Unit
Nombre (Apellido, Primero, Segundo)  Número de ficha  Unidad de alojamiento

Grievance is about: ☐ Jail Procedures  ☑ Jail Conditions  ☐ Medical  ☑ Other  Civil Rights
La queja es acerca de:  Procedimientos de la Cárcel  Condiciones de la Cárcel  Médico  Otro

Date and Time of Incident / Fecha y hora del incidente: 1-31-2014 to 2-3-2014 and ongoing

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

Eighth Amedent's prohibition of cruel and unusual punishment
imposes a duty on PRISON OFFICIALS to provide humane
conditions of confinement including adequate food, clothing,
SHELTER, SANITATION, MEDICAL CARE, and reasonable
safety from serious bodily harm. U.S.C.A Const. Amend. 8,
Silverstain V. Fed. Bureau of Prisons, 704 F. Supp. 2d 1077 (D. Colo. 2010).
On 1-31-2014 to 2-3-2014 David B Turner Jr. was here in cell 93 subjected to
unadequate SHELTER, sanitation, that caused bodily harm, when the toilet
over flowed with defecation and ucination for 4 days, this caused a
contagious foot DISEASE that required doctors care for this injury.

Inmate Signature / Firma de Preso [signature]  Date / Fecha 3-1-2014 - Droped off to the Deputy

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: YP  683  3.1.14  1705
Signature of receiving staff member  ARJIS #  Date  Time

Entered in JIMS: _____  _____  _____
Date  Time  JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS.)

Response to Inmate Request:
_____
_____

J-22 (Rev 7/12)  Original goes to booking jacket  Copy goes to inmate after being signed by staff member

*★MEDICAL★*



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ  ☐ DDF  ☐ GBDF  ☐ EMDF  ☐ LCDF  ☐ SBDF  ☑ VDF

From: Turner JR. David B        1371909        Unit-west 4.43
De:   Name (Last, First, Middle)        Booking N°        Housing Unit
      *Nombre (Apellido, Primero, Segundo)*        *Número de lic...*        *Unidad de alojamiento*

Grievance is about:  ☑ Jail Procedures   ☐ Jail Conditions   ☑ Medical   ☑ Other feet medical
*La queja es acerca de:*  *Procedimientos de la Cárcel*  *Condiciones de la Cárcel*  *Médico*  *Otro*

Date and Time of Incident / *Fecha y hora del incidente:* Prescription for fat medication

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I have a ongoing problem with my feet
that started back Jan January 31, 20th, when
the plumbing was backed up for 4 days and
defecation with urine splashed on my feet, causing
me to have some Kind of skin disease
that I have been having a ongoing problem
with, and now my feet look bad
once again, and I need to see
the Doctor to get my feet medication, or
something better to help my feet look better.

Inmate Signature / *Firma de Preso*        6·30·2014
Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____        JUL 0 2 2014
Signature of receiving staff member   ARJIS #        Date        Time

Entered in JIMS: _____
Date        Time        JIMS Grievance Number

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—handle appropriately. (No entry in JIMS.)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS.)

Response to Inmate Request:  You are scheduled
for sick call

---

J-22 (Rev 11/05)   Original goes to booking jacket        Copy goes to inmate after being signed by staff member

NEW #1

#pages
#1 of 3
AIR

## CLAIM AGAINST THE COUNTY OF SAN DIEGO
### (FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

COUNTY OF SAN D...

2014 APR -8 PM 12:57

~~COUNTY COUNSEL~~
CLAIMS DIVISION

Time Stamp

Received by        via
U.S. Mail          ☐
Inter-Office Mail  ☐
Over the Counter   ☐

File No: _____

A claim must be filed with the Claims Division of the County of San Diego within 6 months after which the incident or event occurred. Be sure your claim is against the County of San Diego, not another public entity. Where space is insufficient, please use additional paper and identify information by paragraph and number. Completed claims must be mailed or delivered to:

County of San Diego, Claims Division, 1600 Pacific Highway, Room 355, San Diego, CA 92101~ Phone (619) 531-4899

## TO THE HONORABLE BOARD OF SUPERVISORS -- THE COUNTY OF SAN DIEGO, CALIFORNIA

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

### Claimant Information

| Last Name | First Name | Middle Name |
|---|---|---|
| Turner JR. | David | B. |

| Street Address | City | Zip |
|---|---|---|
| 325 Melrose #200 | Vista, Ca | 92081-6696 |

| Home Phone (include area code) | Work Phone (include area code) | E-mail Address |
|---|---|---|
| N.A | NA | N-A |

| Birth Date | Driver's License Number |
|---|---|
| 7-17-1979 | D4527795 |

Name, telephone and post office address to which claimant desires notices to be sent, if other than above:
325 Melrose Dr Suite #200 Vista Ca. 92081-6696

### Claim Information

| Date of Occurrence or Event from which the claim arises: | Time of Occurrence or Event from which the claim arises: |
|---|---|
| 12-23-2013 | 15:50 |

Location, including address (if none, nearest cross street) and city: G.B.DF.
446 Ala Rd. Suite 5300 San Diego, Ca. 92158-0002

Specify the particular occurrence, event, act or omission you claim caused the injury or damage (use additional paper if necessary): (Pollution in the air) Polluted Air was coming out of the vent (at George Bailey Detention unfairly impacting the health and safety of all inmates, and staff in 6 House, and Cell 6A-106 on 12-23-2013 an 12-24-13

State how or wherein the County of San Diego or its employees were at fault. Give the name(s) of the County department and employee(s) causing the damage or injury: Pollution in the air- Gov. Tort. § 31.29 Gov. Code § 844.6 subd. (d) G.B.D.F. Staff members negligented the duties inpossesed by the 8th Amendment against Cruel and unusual Punishment to provide humane Con.

CD1 (Rev. 6/11)                    (Cont.)



Pages 2 of 3

**Give a description of the property damage or loss, as is known at the time of the claim:**

Loss of health with sickness and nose bleed.

**Give a description of the injury, as is known at the time of the claim:**

Sickness to stomach, headaches, and nausea
Grievance Put in on 12-23-13 @ 15:50 to Deputy Lung # 3008

**Social Security Number (required for Federal reporting requirements):**

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

**Name and address of any other person injured:** Inmates and Staff of 6 House on
12-23-2013 Thru 12-24-2013 @ Goerge Bailey Detention

**Name and address of the owner of any damaged property:**

**Damages Claimed**

Amount claimed as of this date:    $ 70,000.00
Estimated amount of future costs:  $ 70,000.00
Total amount claimed:              $ 140,000.00

**Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc):**

Pain, Suffering, Mental destress with Civil Right voilations

**Damaged Vehicle (if applicable)**

| Make: N-A | Model: N-A | Year: N-A |
|---|---|---|
| License Plate Number: N-A | | Mileage: N-A |
| Insurance Company: N-A | | Policy Number: N-A |

**Additional Information**

**Names and Address of witnesses, hospitals, doctors, etc:**  # 3008

A. Lung Deputy @ G.B.D.F. on 12/23/2013 grievance @ 15:50
B. Staff of 6 House on 12/23/2013
C. and inmates in 6 house on 12/23/2013 and 12/24/13

**Any additional information that might be helpful in considering this claim:**

I had a nose bleed on 12-24-2013 that I asked
for medical help but none was given by staff.

➢  **WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (PENAL CODE § 72; INSURANCE CODE § 556.1)**

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this  4  day of  April , 20 14  at  Vista, Ca

(ProPer)
**Claimant's Signature**

# Pages 3 of 3 A/R

NEW #1

David B. Turner JR. (Pro Per)
Bkg# 13719099
325 Melrose Drive Ste#200
San Diego, Ca 92081-6696
12-23-2013 Date

On 12-23-2013 David B. Turner Jr. Bkg# 13719099,
inmates of 6 house, and staff members of 6
house @ Goerge Bailey detention were subject-
ed to Polluted and unhumane conditions
of AIR that was coming from all in
house vents causing everyone injuries to
there health and safety. David B Turner JR had
sickness to his stomach, with nausea, headaches,
and nose bleeds on 12-23-13 to 12-24-13 and morning
hours. Gov. Code, §844.6 subd - The negligent of the
imposesed duty on Capt. Madsen (Prison officials) to provide
humane conditions of confinment including ade-
quate shelter, Air, sanitation, and medical care
with reasonable safety was a voilation of
the 8th and 14th Amendment prohibiting cruel and
unusual punishment on 12-23-2013 and
12-24-2013 @ Goerge Bailey detention.
    Turner now demands $140,000.00 in this
claim for all above injuries to Turners
health, and safety and also his Civil Rights.
(Silverstein vs. Fed. Bureau of Prisons, 704 F. Supp2d 1077
(D. colo. 2010)               4-4-14
                                                (Pro Per)
                        David B. Turner Jr.





# County of San Diego

## OFFICE OF COUNTY COUNSEL
## CLAIMS AND INVESTIGATION DIVISION
### 1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CALIFORNIA 92101-2469

July 11, 2014

David B. Turner, Jr.
#13719099
325 S. Melrose Drive, Suite 200
Vista, CA 92081-6696

Re: Claimant: David B. Turner, Jr.
    County File Number: 140074B
    Date of Incident: April 6, 2014

SUBJECT: **NOTICE OF REJECTION OF CLAIM**

The subject claim has been received by the Claims Division for investigation and a determination of liability, if any.

The liability of a governmental entity and its employees to a person who claims damages is strictly limited by the laws within the State of California. Your claim has been reviewed within the terms and restrictions of those laws. We regret that investigation has obliged us to conclude that the claim must be rejected. Therefore, the claim is hereby rejected this date.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on those causes of action recognized under the Government Claims Act. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Office of County Counsel
Claims and Investigation Division
(619) 531-4899

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance #:**   144000627

**Grievance Dt/Tm:**  04-06-2014 2200

**Subject #1:** FAC          **Subject #2:**          **Subject #3:**          **Subject #4:**

**Linked Inmates:**

| JIM | Book # | Name | Fac | Area | Hu | Cell | Bed |
|-----|--------|------|-----|------|-----|------|-----|
| 100091772 | 13719099 | TURNER | 7 | UW | 4 | 43 | B |

**Grievance Occurred:**

   **Fac:** 7          **Area:** UW          **Hu:** 4

**Location:** VDF UW 4 Cell #44

**Summary:**

Inmate Turner complained of harsh chemicals being used to removed graffiti from the walls of his cell during inspection. Turner complained of headaches caused by the chemicals.

   **Routed To:** Inmate Worker Deputy          **Action Dt/Tm:** 04-07-2014 1120

**Action Officer:** SGT. SPRENGELMEYER

**Action Taken:**

See narrative.

**Appeal Filed Dt/Tm:** 00-00-0000 0000          **Appeal Returned Dt/Tm:** 00-00-0000 0000

   **Investigator:**          **Appeal Result Code:**

**Appeal Summary:**

   **Update By:** SPRENGELMEYERI            . SH5          **Update Dt/Tm:** 04-07-2014 1123

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

**Entry Dt/Tm:** 04-07-2014 0541                **Entry By:** GERONIMO████████

**Update Dt/Tm:** 00-00-0000 0000               **Update By:**

Inmate Turner stated today the inmates in Upperwest Module 4 were subjected to harsh chemicals being used to remove graffiti on the walls of the cells during inspection. Turner states the inmates were returned to their cells immediately after the chemicals were used. Turner complained of headaches and stomachaches due to the type of chemical being used.

**Entry Dt/Tm:** 04-07-2014 1123                **Entry By:** SPRENGELMEYERII, CARL

**Update Dt/Tm:** 00-00-0000 0000               **Update By:**

All the cleaning products provided on the cleaning carts are designed to use inside an inmate's cell or in the module dayroom. I confirmed with the Inmate Worker Deputies no paint thinner was used inside the Vista Detention Facility on 04/06/14. Due to Inmate Turner's concerns he was moved from Upper West 4, Cell #43 to #44 on 04/07/14 at 0837 hours. He was also evaluated by medical staff, but no treatment was required.

Case 3:14-cv-01965-LAB-MDD Document 1 Filed 08/21/14 Page 25 of 30



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ  ☐ GBDF  ☐ EMDF  ☐ LCDF  ☐ SBDF  ☑ VDF  ☐ FAC8

From: Turner Jr. David B.          13719099          UPPER WEST 4/44
De:   Name (Last, First, Middle)    Booking Number    Housing Unit
      *Nombre (Apellido, Primero, Segundo)    Número de ficha    Unidad de alojamiento*

Grievance is about: ☑ Jail Procedures  ☐ Jail Conditions  ☐ Medical  ☑ Other  Prisoner's
*La queja es acerca de:  Procedimientos de la Cárcel  Condiciones de la Cárcel  Médico  Otro*  Rights $101 $228

Date and Time of Incident / *Fecha y hora del incidente:*  Prisoner Rights $101, $128

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

(Prisoners Rights $101, $128) The fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from ~~prison~~ person trained in the law (Bounds v. Smith, 430 U.S. 817, 97 S. Ct 1491, 52 L. Ed. 2d. 72 (1977) I've been requesting ~~to~~ copies to prepare my meaningful legal habeas Corpus's to appeal my case and my conditions of confinement.

[Inmate Signature] (Pro Per)          4-7-2014          Prisoners Rights $101
Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: AW 7215          7215          4-7-14          2257
            Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____    _____    _____
                 Date       Time       JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS.)

Response to Inmate Request:

---

J-22 (Rev 7/12)    Original goes to booking jacket    Copy goes to inmate after being signed by staff member

3rd

WATCH COMMANDER



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ  ☐ GBDF  ☐ EMDF  ☐ LCDF  ☐ SBDF  ☑ VDF  ☐ FAC8

From: Turner, Jr. David B.      13719099      Upper West 4/43
De:  Name (Last, First, Middle)      Booking Number      Housing Unit
     *Nombre (Apellido, Primero, Segundo)*      *Número de ficha*      *Unidad de alojamiento*

Grievance is about:  ☑ Jail Procedures   ☑ Jail Conditions   ☐ Medical   ☑ Other  Civil Rights
*La queja es acerca de:*  *Procedimientos de la Cárcel*   *Condiciones de la Cárcel*   *Médico*   *Otro*  8th Amend
Gov. Code §845.6(c)                                                              14th Amend
Gov. Code §844.6(a)(d)(c)
Date and Time of Incident / *Fecha y hora del incidente:*  Jims # 1000917772 / 4·6·2014

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

Toxic Fumes- on 4·7·2014 Turner was told by a staff member,
that the chemicals used on the was, for a fact a graffiti remover,
and the spray should have been wiped clean, and all cell's
aired out for 3 hours before anyone should have been locked
in those cells. This happen on the 7th, a day after the
Toxic spray was used. It was used, and not wiped off of
the walls, that was the negligent of duty, also allowing prisoners
to return to the cells with toxic fumes with smeared walls.
                                                          Upper West Cell 43

Inmate Signature / *Firma de Preso*      4·22·2014
                                         Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   2959   4/22/2014   2305
              Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____  _____  _____
                  Date            Time             JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS.)
Response to Inmate Request:

_____

---

J-22 (Rev 7/12)   Original goes to booking jacket      Copy goes to inmate after being signed by staff member

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
David B. Turner Jr (Pro Per)

## DEFENDANTS
County of San Diego

**(b)** County of Residence of First Listed Plaintiff  San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David B. Turner Jr (Pro Per) Vista Detention 325 South Melrose Dr. St#200 Vista Ca, 92081

Attorneys *(If Known)*
1600 Pacific Highway Rm 355 San Diego, Ca, 92101

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☒ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Right Act U.S.C 42 §1983 - Gov. Tort Claim act
Brief description of cause:
Civil Right 8th, 14th, 16th and 4th Amend rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 2,100,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*
JUDGE Roger T. Benitez   DOCKET NUMBER #3:13cv02090ben Wc

DATE 8.14.2014

SIGNATURE OF ATTORNEY OF RECORD (Pro Per)

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
David B. Turner, Jr.
13719099

**DEFENDANTS**
County of San Diego, et al

**FILED**

AUG 21 2014

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff    San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David B. Turner, Jr.
325 South Melrose Dr.
Vista CA 92081

Attorneys *(If Known)*

'14CV1965 LAB WVG

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |
| | | ☐ 540 Mandamus & Other | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 08/21/2014

SIGNATURE OF ATTORNEY OF RECORD
s/SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

*Filing fee paid 2254 1983 — Yes / No — IFP motion granted — Yes / No — Copies sent to: Court / ProSe*

Dep. D B Tuttle JR BKG#1572 1099
Vista Detention - Upon Vost 4 cell 95
325 South Melrose D. Suite 200
Vista Ca 92021

" LEGAL MAIL "

United State Court House
Clerk of the Court
333 West Broadway Suite #420
San Diego, Ca 92101

